UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 17 A 8: 50

MICHAEL DELLI CARPINI

v.

AT&T CORP.

CASE NO. 3:03CV552 (SRU)

## NOTICE TO COUNSEL

The court has reviewed the file in this case to monitor the plaintiffs' compliance with Rule 4(m) of the Federal Rules of Civil Procedure. Rule 4(m) provides that if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, after notice to the plaintiff, shall dismiss the action without prejudice or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

It appears that more than 120 days have passed since the filing of the complaint in this case but an executed return of service has not been filed.

Accordingly, it is hereby ordered that the plaintiffs shall, within fifteen (15) days of this Notice, report to the court on the status of service of process. In the absence of satisfactory compliance with Rule 4(m), the court shall, thirty days from this date, enter a dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated at Bridgeport, Connecticut, this 17th day of October, 2003.

KEVIN F. ROWE, CLERK

By: _____
Alice Montz, Deputy Clerk