UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV 19  P 5:00

MICHAEL DELLI CARPINI

v.   :   Civil No. 3:03cv552 (SRU)

A T & T CORP.

### ORDER OF DISMISSAL

The court has previously warned pro se plaintiff, Michael DelliCarpini ("DelliCarpini") that failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure would result in dismissal of this case. Rule 4(m) provides, in part, that if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, after notice to the plaintiff, shall dismiss the action without prejudice. It appears that more than 120 days have passed since the filing of the complaint in this case and an executed return of service has not been filed as to A T & T. Accordingly, this case is hereby dismissed without prejudice, against those parties, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The clerk is instructed to close the file.

It is so ordered.

Dated at Bridgeport this 19th day of November 2003.

Stefan R. Underhill
United States District Judge